IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>IMAGINE LEARNING LLC,<br><br>    Defendant. | C.A. No. 1:21-cv-01855-CFC<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions pro hac vice of Neil J. McNabnay and Lance Wyatt to represent Defendant Imagine Learning LLC in this matter.

Dated: March 30, 2022

FISH & RICHARDSON P.C.

By: */s/ Jeremy D. Anderson*
    Jeremy D. Anderson (#4515)
    222 Delaware Avenue, 17th Floor
    Wilmington, Delaware 19801
    (302) 652-5070 (Telephone)
    janderson@fr.com

ATTORNEYS FOR DEFENDANT
IMAGINE LEARNING LLC

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED on this _____ day of _____, 2022 that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Court Judge

2

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Neil J. McNabnay
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
mcnabnay@fr.com

Dated: March 30, 2022

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 had been paid ☒ to the Clerk of Court, or if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Lance Wyatt
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Phone: 214-747-5070
wyatt@fr.com

Dated: March 30, 2022