# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NIMITZ TECHNOLOGIES LLC,**  **Plaintiff,**  v.  **IMAGINE LEARNING LLC,**  **Defendant.** | **Case No. 1:21-cv-01855-CFC** |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure which states that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared, Plaintiff Nimitz Technologies LLC ("Nimitz") and Defendant Imagine Learning LLC ("Imagine Learning") stipulate to dismiss the action, whereby Nimitz's claims are dismissed with prejudice and Imagine Learning's counterclaims are dismissed without prejudice, with each party to bear their own costs, expenses, and attorneys' fees.

Respectfully Submitted.

Dated: April 20, 2023

| | |
|---|---|
| */s/ George Pazuniak*  George Pazuniak (#478)  824 North Market Street, Suite 10001A  Wilmington, DE 19801  Direct: 207-359-8576  gp@del-iplaw.com  *Attorney for Plaintiff* | */s/ Jeremy D. Anderson*  Jeremy D. Anderson (#4515)  Fish & Richardson P.C.  222 Delaware Avenue, 17th Floor  Wilmington, Delaware 19801  (302) 652-5070 (Telephone)  janderson@fr.com  *Attorneys For Defendant* |